679

No. 769.  ORR ET AL. v. NEILLY, TRUSTEE IN BANK-RUPTCY.  March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. Horace Russell* and *D. C. Webb* for petitioners.  *Mr.. Marion Smith* for respondent.

No. 698.  RUCKS-BRANDT CONSTRUCTION Co. v. PRICE, SHERIFF, ET AL.  March 5, 1934.  Petition for writ of certiorari to the Supreme Court of Oklahoma denied.  *Messrs. Charles L. Yancey* and *Grover C. Spillers* for petitioner.  *Messrs. C. B. McCrory* and *A. L. Emery* for respondents.

No. 736.  UNITED STATES EX REL. DEAN v. REYNOLDS ET AL.  March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Edwin W. Hunter* for petitioner.  *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondents.

No. 745.  REVERE SUGAR REFINERY ET AL. v. PENNSYL-VANIA TRUST Co., RECEIVER, ET AL.  March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Sidney J. Watts* for petitioners.  *Mr. E. Lowry Humes* for respondents.

No. 752.  BENRUS WATCH Co. ET AL. v. UNITED STATES.  March 5, 1934.  Petition for writ of certiorari to the United States Court of Customs & Patent Appeals denied.  *Messrs. Thomas M. Lane* and *Samuel Isenschmid* for petitioners.  *Solicitor General Biggs, Assistant Attorney General Lawrence,* and *Mr. Ralph Folks* for the United States.